# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3757

_____

| | | |
|---|---|---|
| Jeffery D. Williams, Jr.; Jeffery D. Williams, Sr., | * | |
| | * | |
| | * | |
| Appellants, | * | |
| | * | |
| v. | * | |
| | * | |
| State of Iowa; Correctional Release | * | |
| Center; John Weinz; Mr. Hotop; | * | Appeal from the United States |
| Mr. Scott Miller; Mrs. Scott Miller; | * | District Court for the |
| Jane Doe; Chris Mayer; Linda Coop | * | Southern District of Iowa. |
| Sexhauer; Stacy Grant; Nan Cokran; | * | |
| Fran Lehman; Mona Holland; Bob | * | [UNPUBLISHED] |
| Robert Coady; Peggy Swank; Janice | * | |
| Berry; Kris Weitzel; Ron Matthews; | * | |
| Treasa Scheelite; Nancy McNamara; | * | |
| Dennis Walters; Marilyn Jamison; John | * | |
| Mathes, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: August 7, 2000

Filed:   August 10, 2000

_____

Before McMILLIAN, BOWMAN, and MORRIS SHEPPARD ARNOLD, Circuit
Judges.

_____

PER CURIAM.

Former Iowa inmate Jeffery D. Williams, Sr., and his son Jeffery D. Williams Jr., a current Iowa inmate, appeal the district court's[1] dismissal of their civil rights action. After careful review of the record, we conclude the district court properly dismissed the Williamses' action because their claims were either time-barred, see Wycoff v. Menke, 773 F.2d 983, 984 (8th Cir. 1985), or failed to allege sufficient facts to support a conspiracy claim or from which retaliatory animus could be inferred, see Atkinson v. Bohn, 91 F.3d 1127, 1129 (8th Cir. 1996) (retaliation); McDowell v. Jones, 990 F.2d 433, 434 (8th Cir. 1993) (conspiracy). Further, we find no abuse of discretion in the district court's denial of the senior Mr. Williams's motion to consolidate, or in its decision to not appoint counsel. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Charles R. Wolle, Chief Judge, United States District Court for the Southern District of Iowa.